# United States Court of Appeals for the Federal Circuit

———————————

March 9, 2015

## ERRATA

———————————

Appeal No. 2014-1110

**IN RE PAPST LICENSING DIGITAL CAMERA
PATENT LITIGATION**

————————————————————————————————

**PAPST LICENSING GMBH & CO. KG,**

**v.**

**FUJIFILM CORPORATION, FUJIFILM NORTH
AMERICA CORPORATION (formerly known as
Fujifilm USA, Inc.), HEWLETT-PACKARD
COMPANY, JVC COMPANY OF AMERICA, NIKON
CORPORATION, NIKON, INC., OLYMPUS CORP.,
OLYMPUS IMAGING AMERICA INC., PANASONIC
CORPORATION (formerly known as Matsushita
Electric Industrial Co., LTD.), PANASONIC
CORPORATION OF NORTH AMERICA, SAMSUNG
OPTO-ELECTRONICS AMERICA, INC., SAMSUNG
TECHWIN CO., VICTOR COMPANY OF JAPAN,
LTD.,**

Decided:  February 2, 2015
Precedential Opinion

———————————

Please make the following change:

On page nine, first paragraph, replace the sentence

Second, it is undisputed that if we reject all five of the challenged constructions, the summary-judgment orders must be vacated.[2]

with the following sentence:

Second, it is appropriate, if we reject all five of the challenged constructions, to vacate the summary-judgment orders and remand.[2]

Footnote 2 remains unchanged.